Case No.  EDCV 19-01485-JLS (SP)            Date:  October 30, 2019
Title: John Howe v. Kohls Department Stores, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                    Not Present

**PROCEEDINGS:**     **(IN CHAMBERS)**    **ORDER STRIKING JOINT RULE 26(f) REPORTS (Docs. 9 & 12)**

**ORDER TO SHOW CAUSE ("OSC") RE SANCTIONS**

**ORDER CONTINUING SCHEDULING CONFERENCE**

       The Court previously ordered counsel to certify their review of the Local Civil Rules of the Central District of California, Judge Staton's Procedures web page, accessible at: http://www.cacd.uscourts.gov/honorable-josephine-l-staton, the Court's Initial Standing Order, and the Court's Order Setting Scheduling Conference.  The Court ordered the parties to set forth in their Amended Joint Rule 26(f) Report a statement certifying that all counsel of record have complied with this requirement.  Counsel failed to do so.

       Therefore, the Court finds that all counsel of record have failed to comply with an Order of this Court.  Accordingly, the Court ORDERS counsel to SHOW CAUSE why monetary sanctions should not be imposed on counsel for this failure.  Written responses to the OSC must be filed no later than **seven (7) days** from the entry of this Order.  Additionally, counsel's certification regarding their review of the Court's procedures must be made within the same time frame.  Failure to file such certification will constitute a repeated violation of the Court's Order.

       Moreover, the parties' Amended Joint Rule 26(f) Report is inconsistent.  The parties propose two different discovery cutoff dates, one in "July 2020" and one in "March 2020". (*Compare id.* at 6 *with id.* at Ex. A.)  Similarly, the parties propose setting the Final Pretrial Conference in both "June 2020" and "July 2020."[1]  (*Compare id.* at 6 *with id.* at Ex. A.)  The

---

[1] The Second Amended Joint Rule 26(f) Report shall set forth specific dates for each proposal; vague references to month and year are insufficient.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. EDCV 19-01485-JLS (SP) | Date: October 30, 2019 |
| Title: John Howe v. Kohls Department Stores, Inc. | |

parties also fail to identify their preferred ADR method. (*See* Doc. 8, Order Setting Scheduling Conference at 4.)

The Court therefore STRIKES the Joint Rule 26(f) Report and the Amended Joint Rule 26(f) Report. The parties must file a Second Amended Joint Rule 26(f) Report no later than **seven (7) days** from the entry of this Order.

The Court CONTINUES the Scheduling Conference to November 15, 2019, at 10:30 a.m.

**IT IS SO ORDERED.**

Initials of Preparer: __tg_____