UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:19-cv-01485-JLS-SP                             Date: July 27, 2020
Title: John Howe v. Kohls Department Stores, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO FILE REQUIRED FINAL PRETRIAL CONFERENCE DOCUMENTS**

On November 14, 2019, the Court issued the Scheduling Order in this case, setting the Final Pretrial Conference for July 31, 2020. (Doc. 15 at 2.) Pursuant to the Court's Civil Trial Order and the District's Local Rules, counsel were required to serve and file their Memoranda of Contentions of Facts and Law no later than twenty-one (21) days before the final pretrial conference and proposed Final Pretrial Conference Orders no later than eleven (11) days before the conference. (Civil Trial Order, Doc. 16 at 3; C.D. Cal. R.R. 16-4, 16-7.) The Civil Trial Order expressly states that "[s]trict compliance with the requirements of the Federal Rules of Civil Procedure and the Local Rules is mandatory." (Civil Trial Order at 3.) Although the Memoranda were due by July 10, 2020 and proposed orders by July 20, 2020, neither party has filed the documents.

The Court therefore VACATES the Final Pretrial Conference and ORDERS the parties to show cause, in writing, why the Court should not dismiss this matter for failure to prosecute and/or issue sanctions for failure to timely file required documents. Failure to respond within **four (4) days of this Order** will result in immediate dismissal of this action. Alternatively, a properly filed Notice of Dismissal will suffice to discharge this order to show cause.

Initials of Preparer: tg